952

*Burger, Melvin Richter* and *Morton Hollander* for the United States. .

No. 608. LOUIS PIZITZ DRY GOODS CO., INC. *v.* DEAL ET AL., EXECUTORS. C. A. 5th Cir. Certiorari denied. *William S. Pritchard* and *Winston B. McCall* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Holland, Ellis N. Slack* and *Lee A. Jackson* for respondents: .

No. 613. SHANNON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *E. T. Miller* and *James O. Cade* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. .

No. 614. ACCARDO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jack Wasserman* and *Anthony A. Calandra* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. .

No. 616. INTERSTATE COMMERCE COMMISSION *v.* TAYLOR. C. A. 9th Cir. Certiorari denied. *Edward M. Reidy* and *James A. Murray* for petitioner. .

No. 618. SAVAGE TRUCK LINE, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Collins Denny, Jr.* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Burger, Paul A. Sweeney* and *Cornelius J. Peck* for the United States. .

No. 619. CAPRIO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Ralph G. Mesce* for